COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 April 23, 2015
 No. 10-14-00124-CR
 JEFFREY TODD BLACKBURN
 v.
 THE STATE OF TEXAS
 
 center-4254500
 From the County Court at Law
 Walker County, Texas
 Trial Court No. 13-0194
 
--------------------------------------------------------------------------------
JUDGMENT

This Court has reviewed the briefs of the parties and the record as relevant to the issues raised in this proceeding and finds that no reversible error is presented. Accordingly, the trial court's judgment signed on April 1, 2014 is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: 3040380-17145000 
 Deputy Clerk